# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2814
_____

LINDON DALE WALTERS,

Appellant,

v.

STATE OF FLORIDA DEPARTMENT
OF REVENUE CHILD SUPPORT
PROGRAM and SHAREE
KRYSTAFIA BYFIED,

Appellees.

_____

On appeal from the Department of Administrative Hearings.
Robert L. Kilbride, Administrative Law Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

Lindon Dale Walters, pro se, Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Child Support Enforcement, Fort Lauderdale, for Appellee State of Florida Department of Revenue Child Support Program.

No appearance for Appellee Sharee Krystafia Byfied.